UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BENITO REY TREJO,

        Petitioner,

vs.

MIKE KNOWLES,

        Respondent.

Case No. SACV 07-328-SVW (OP)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

```
```

1  IT IS ORDERED that Judgment be entered (1) approving and adopting this
2  Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and
3  (3) directing that Judgment be entered denying the Petition and dismissing this
4  action with prejudice.

DATED: 4/24/08

HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge