JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 24 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

OCT 11 2007

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO REY TREJO,<br>   Petitioner,<br> vs.<br>MIKE KNOWLES,<br>   Respondent. | Case No. SACV 07-328-SVW (OP)<br><br>JUDGMENT |

 Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

 IT IS ADJUDGED that (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: APR 24 2008

        /s/ Stephen V. Wilson
        HONORABLE STEPHEN V. WILSON
        United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge